1  BILAL A. ESSAYLI                                    JS-6
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JOSEPH LANGKAMER, PA Bar No. 208286
7  Special Assistant United States Attorney
   Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
   Baltimore, MD 21235
10 Telephone: (206) 615-2212
11 Joseph.Langkamer@ssa.gov
   Attorneys for Defendant
12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
                     SOUTHERN DIVISION
15

16 SUSAN ANN SPEYER,              | Case No. 8:25-cv-00523-PD
17          Plaintiff,            | JUDGMENT OF REMAND
18       vs.
19
20 FRANK BISIGNANO
   Commissioner of Social Security,
21
22          Defendant.

23

24     The Court having approved the parties' Stipulation to Remand for Further
25 Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to
26 Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
27

JUDGMENT OF REMAND                    Page 1

above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 11, 2025

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2